# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### Southern Division

**In the Matter of:**

**Jacqueline Renee McGaughy**        **Bankruptcy No: 17-44157 -tjt**
                                     **Chapter 7**
_____Debtor(s)

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of $ <u>335.00**</u> as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on <u>July 19, 2017</u> at <u>9:00</u> AM before the Honorable Thomas J. Tucker in Room <u>1925</u>, 211 W. Fort St, Detroit, Michigan 48226, to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2).

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date. Notice must be given to the courtroom deputy that the fee has been paid. **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**

.

**Signed on July 06, 2017**

                                            /s/ Thomas J. Tucker
                                            Thomas J. Tucker
                                            United States Bankruptcy Judge

In re:                                                                  Case No. 17-44157-tjt
Jacqueline Renee McGaughy                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: kmcgr         Page 1 of 1         Date Rcvd: Jul 06, 2017
                        Form ID: pdf01      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db           Jacqueline Renee McGaughy,    3375 E Michigan Ave Lot 13,    Ypsilanti, MI  48198-9455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
      John Robert Keyes    on behalf of Debtor Jacqueline Renee McGaughy ecf@robertkeyeslaw.com, chris@robertkeyeslaw.com;R40283@notify.bestcase.com
      Timothy J. Miller    trustee@schneidermiller.com,    MI45@ecfcbis.COM;assistant@schneidermiller.com
                                                                                                                       TOTAL: 2